PER CURIAM.

(No. 7042

MOTIVE PARTS COMPANY OF AMERICA, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 11, 1973.*

MOTIVE PARTS COMPANY OF AMERICA, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.